IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA

VS.

ARTHUR FRANK BRAY,

Defendant

NO. 1: 10-CR-13 (WLS)

VIOLATION: Drug Related

# ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case before the undersigned. Defendant ARTHUR FRANK BRAY was represented by Ms. Cynthia Roseberry, the Federal Defender; the United States was represented by Assistant U. S. Attorney Alan Dasher. Based upon the evidence presented to the court on behalf of the parties, as well as the Pretrial Service Report of the U. S. Probation Office dated April 30, 2010, I conclude that the following facts require the detention of the defendant pending the trial of this case.

## PART I - FINDINGS OF FACT

☒ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

☒ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

☐ under 18 U.S.C. §924(c).

☒ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

## PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence presented at the DETENTION HEARING, as supplemented by information contained in the aforementioned Pretrial Services Report, establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the defendant's future appearance in court and the safety of the community were he to be released from custody. Defendant Bray is a lifelong resident of the Middle District of Georgia. The offense charged against him is a serious one for which long-term incarceration can be expected in the event of conviction. The defendant's estimated sentencing guideline range is 262 months to 327 months. The weight of evidence appear to be strong: the defendant was observed by law enforcement officers in possession of some 7 bags of cocaine; he admitted that the cocaine was his and that he intended to sell it and further stated that he had been selling drugs for some 3-4 years.

**The defendant has an extensive record of arrests and convictions for drug offenses going back to 1995, to-wit: VIOLATION OF THE GEORGIA CONTROLLED SUBSTANCES ACT, 1995, Superior Court of Dougherty County, Georgia; POSSESSION OF CONTROLLED SUBSTANCES and TRAFFICKING IN ILLEGAL DRUGS, 1996, Superior Court of Dougherty County; POSSESSION OF CONTROLLED SUBSTANCE, 2001, Superior Court of Dougherty County; and Possession of Marijuana, 2003, Superior Court of Thomas County. In addition, the defendant was found to have violated parole in May of 2000. For the foregoing reasons, the undersigned finds that pretrial detention is mandated. IT IS SO ORDERED.**

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 5th day of MAY, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE